**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

DISABLED PATRIOTS OF AMERICA, INC.    )
and GUADALUPE BETANCOURT,    )
                      Plaintiff,    )
vs.    )      Case No. 08-1216-MLB
    )
BUILDERS, INC., a Kansas Corporation,    )
                  Defendant.    )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties and stipulate to the dismissal of the above cause of action with

prejudice pursuant to Rule 41.

IT IS SO ORDERED.

                                         s/ Monti Belot_____
                                      HONORABLE MONTI L. BELOT

APPROVED BY:

s/ David P. Calvert_____
David P. Calvert, #06628
DAVID P.CALVERT, P.A.
532 N. Market
Wichita, KS 67214-3514
(316)269-9055
Email: lawdpc@swbell.net
*Attorney for Defendant*

s/Lawrence A. Fuller_____
Lawrence A. Fuller
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181
Telephone No.: 305-891-5199
Facsimile No.: 305-893-9505
Email lfuller@fullerfuller.com
*Attorneys for Plaintiffs*